# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Lynn N. Hughes |
| CASE MANAGER | Glenda Hassan |
| LAW CLERK | ☒ Kaufman  ☐ Coleman  ☐ |
| DATE | October 19, 2012 |
| TIME | 3:06 p.m. — 3:45 p.m. |
| CIVIL ACTION | H — 12 — 82 |
| STYLE | Ovlyn Lee *versus* ASUI Healthcare and Development |

DOCKET ENTRY

☐ Conference; ☒ Hearing; _____ day ☐ Bench ☐ Jury Trial (Rptr: Warner)

Philip Orth _____ for ☒ Ptf. # ____ ☐ Deft. # ____
_____ for ☐ Ptf. # ____ ☐ Deft. # ____
Joseph Willie _____ for ☐ Ptf. # ____ ☒ Deft. # ____
_____ for ☐ Ptf. # ____ ☐ Deft. # ____

☐ All motions not expressly decided are denied without prejudice.
☐ **Evidence taken** [exhibits or testimony].
☒ Argument heard on: ☐ all pending motions;  ☒ these topics:
mediation and summary judgment

☐ Motions taken under advisement: _____
☒ Order to be entered.
☐ Internal review set: _____
☐ Rulings orally rendered on: _____