UNITED STATES DISTRICT COURT            SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Ovlyn Lee, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-12-82 |
| | § | |
| ASUI Healthcare | § | |
| and Development Center, *et al.*, | § | |
| | § | |
| Defendants. | § | |

# Final Judgment

Ovlyn Lee takes nothing from ASUI Healthcare and Development Center, Inc.


Signed on October 19, 2012, at Houston, Texas.


_____
Lynn N. Hughes
United States District Judge